GEORGE McDONALD, Respondent, *v.* MOHAWK GAS COMPANY OF SCHENECTADY, Appellant.

Reported below, 175 App. Div. 956.

(Submitted February 4, 1918; decided February 12, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1916, affirming a judgment in favor of plaintiff entered upon a

verdict in an action to recover for injury to real property alleged to have been occasioned through the negligence of defendant.

The motion was made upon the grounds that no questions of law were involved, the exceptions being frivolous and the appeal taken solely for purpose of delay.

*John Alexander* for motion.

*Daniel Naylon, Jr.,* opposed.

Motion denied, with ten dollars costs.